# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:18mc3812-MHT |
| | ) | (WO) |
| BIG LOTS INC., | ) | |
| Columbus, OH, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| GLENN POWELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the plaintiff's motion to dismiss garnishment (doc. no. 7), it is ORDERED that the motion is granted, and the writ of garnishment is dismissed (doc. no. 2).

This proceeding is closed.

DONE, this the 6th day of June, 2018.

                                        /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE